AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>DANIEL RAY GULIFORD<br>(YOB: 1986)<br><br>*Defendant(s)* | Case No. 25-MJ-2992 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 4, 2024 thru July 24, 2025  in the county of  Bernalillo and Sandoval  in the
_____ District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Angelica Arvizu*
*Complainant's signature*

Special Agent Angelica Arvizu / FBI
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 7/29/2025

*Jennifer M. Rozzoni*
*Judge's signature*

City and state: Albuquerque, New Mexico    Jennifer M. Rozzoni, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br>DANIEL RAY GULIFORD<br>YEAR OF BIRTH 1986 | Case No: _____ |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Angelica Arvizu, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, do depose and hereby state the following:

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant for DANIEL RAY GULIFORD, year of birth 1986, for violations of 18 U.S.C. § 2113 – Bank robbery.

**AGENT BACKGROUND**

2. I am a Special Agent ("SA") with the FBI and have been so employed since October of 2024. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. As a Special Agent with the FBI, I am assigned to the Violent Crime/Violent Crimes Against Children ("VC/VCAC") squad at the Albuquerque Field Office. I am further assigned as a member of the Violent Crime Task Force ("VCTF"), which is a multi-agency task force with an emphasis on armed robbery, kidnapping, carjacking, extortion, Indian Country crimes, and fugitive apprehension. I am currently assigned as the Bank Robbery Coordinator as a federal law enforcement officer engaged in enforcing criminal laws, including 18 U.S.C. § 2113, Bank

Robbery and other various violent crime matters. While employed by the FBI, I have gained experience through my training at the FBI Academy in Quantico, Virginia. I have been assigned to the Albuquerque Field Office since April 1, 2025, and have received on-the-job training from other experienced Special Agents and law enforcement officers. Prior to becoming a Special Agent, I was an Investigative Specialist with the FBI from July 2021 to October 2024. In that role, I provided investigative support by conducting surveillance in support of Criminal, Counterintelligence, and Counterterrorism investigations.

## STATEMENT OF PROBABLE CAUSE

4. This investigation concerns five bank robberies between January 4, 2024 and July 25, 2025, in the District of New Mexico. Based on the facts outlined below, there is probable cause to believe GULIFORD committed these offenses.

### A.    First Robbery: January 4, 2024 U.S. Bank Robbery

5. On January 4, 2024, at approximately 11 a.m., a then unknown male subject entered a branch of the U.S. Bank located at 8251 Golf Course Road NW, Albuquerque, NM 87120. Witnesses described the man as having a thin, athletic build, approximately 5'8" to 5'9" tall, wearing a black hoodie, black pants, black boots, a black mask, and brandishing a black handgun in his right hand. The man approached the bank teller booth and directed a customer and other bank employees to exit their offices and to lie on the floor. The man then demanded $100 and $50 bills from the bank tellers. As a result of this robbery, the man stole approximately $7,200 from one teller and $2,050 from another teller, which totaled $9,250 in United States Currency ("USC"). The man departed the bank traveling on foot southbound on Golf Course Road NW. This bank robbery will hereinafter be referred to as "Robbery 1."



*FIGURE 1: Robbery 1*

6. After Robbery 1, a handwritten note that read "CLOSED UNTIL 12:00" was found taped on the exterior entry door of the bank. A bank teller removed the note without gloves and placed it on the desk for collection. The bank teller stated the note was not placed by an employee.

7. On January 22, 2024, a request was submitted to the FBI Laboratory for latent fingerprint examinations regarding the seized handwritten note. On March 12, 2025, the FBI Laboratory identified six (6) suitable fingerprints for comparison and four (4) of the fingerprints were compared and determined to belong to Daniel Ray GULIFORD (GULIFORD) – three from the sign and one from the tape used to hold the sign to the bank's door. The remaining two (2) fingerprints were unidentifiable.

**B.    Second Robbery: March 21, 2024 U.S. Bank Robbery**

8. On March 21, 2024, at approximately 11:15 a.m., an unidentified male subject entered the U.S. Bank located at 8251 Golf Course Road NW, Albuquerque, NM 87120, the same as location as Robbery 1. Witness statements described the man as medium build, approximately

5'11" to 6'0" tall, wearing a black hoodie, grey pants, black boots, black gloves, a black mask, and brandishing a black handgun in his right hand. The man approached the bank teller booth directing the bank employees to exit their offices, lie on the floor, and for a bank teller to open the vault. The man demanded $100, $50, $20 bills from the bank tellers. The man stole approximately $26,650 USC. This bank robbery will hereinafter be referred to as "Robbery 2."



*FIGURE 2: Robbery 2*

9.      Immediately after Robbery 2, a victim teller ("Victim Teller") witnessed the robber enter a black BMW with the clear coat starting to chip or with a matte finish, silver rims, a mid-size model BMW from the early 2010s, no visible license plate on the back, with tinted windows and a sunroof.

10.     On March 26, 2025, a NM Motor Vehicle Department ("MVD") search result revealed that GULIFORD is the registered owner of a blue[1] 2008 BMW 5-Series with NM

---

[1] While the MVD search result indicates the BMW is blue in color, surveillance shows this vehicle is dark charcoal or black as described below and as seen in Figure 3.

4

license plate BNAD55. The vehicle is registered to the address 6321 Flor Del Sol Place NW, Albuquerque, NM 87120.

11. On May 29, 2025, the FBI received a tip from Victim Teller, who was present during both Robbery 1 and Robbery 2. Victim Teller states that while at Dion's Pizza at 4200 Montano Road NW, Albuquerque, NM 87120, he had observed a black BMW that matched the appearance of the BMW he had seen the robber enter after the March 21, 2024 bank robbery. The Victim Teller captured a photo of the BMW bearing NM license plate BNAD55, that is the vehicle registered to GULIFORD.



*FIGURE 3: Black BWM 5-Series New Mexico License Plate BNAD55 (photo taken by Victim Teller at Dion's)*

12. On June 16, 2025, the Dion's Pizza Corporate Office provided surveillance video of the BMW in the drive-thru of the Dion's Pizza restaurant located at 4200 Montano Road NW, Albuquerque, NM 87120 on May 29, 2025, and a copy of the purchasing receipt. The name on the customer receipt is GULIFORD and the phone number is (505) 507-9729.

C. **Third Robbery: July 3, 2024 Bank of Albuquerque Robbery**

13. On July 3, 2024, at approximately 3:54 p.m., an unidentified black male subject entered the Bank of Albuquerque located at 6530 Paradise Boulevard NW, Albuquerque, NM

5

87114. Witnesses described the man as approximately 5'11" tall, black hoodie, black face mask, black gloves, black pants, and black shoes, and brandishing a black pistol in his right hand. The man demanded the bank tellers to exit their offices and lie on the ground. The man approached the bank tellers demanding $100, $50, and $20 bills. The man demanded the bank tellers to open the vault; however, they could not because there were no employees with the authority to access it. As a result of this robbery, the man stole $1,500 in total in USC.




*FIGURES 4 & 5: Robbery 3*

**Fourth Robbery: July 5, 2024 New Mexico Bank & Trust Robbery**

14. On July 5, 2024, at approximately 4:25 p.m., an unidentified male subject entered a branch of New Mexico Bank & Trust located at 4001 Southern Boulevard SE, Rio Rancho, NM 87124. Witnesses described the man as medium build, approximately 5'9" to 6'0" tall, wearing black shoes, black pants, black hoodie, black gloves, and a black face mask, and brandishing a black handgun in his right hand. The man yelled demanding $100, $50, $20 bills and verbally threatened the bank tellers. The man threatened the bank tellers to open the vault and he stole

6

approximately $72,043.99 in USC. A bank teller victim observed the man exiting the bank. This bank robbery will hereinafter be referred to as "Robbery 4."

 

*FIGURES 6 & 7: Robbery 4*

15. On July 5, 2024, a photograph of the suspect's vehicle was captured by an employee of an adjoining business who witnessed the man depart the bank, run across a parking lot, and get into a black BMW with no visible license plate.



*FIGURE 8: Photo of BMW used during Robbery 4 (taken by employee of nearby business)*

7

### D.    Fifth Robbery: July 25, 2025 First Financial Credit Union Robbery

16. On July 25, 2025, at approximately 11:03 a.m., an unknown male subject entered the branch of First Financial Credit Union located at 6100 Coors Boulevard NW Suite J; Albuquerque, NM 87120. Witnesses described the man as a medium build, approximately 6'0" to 6'2" tall, wearing a grey hoodie, dark colored pants, black shoes, a black mask covering the whole face, black gloves, brandishing a black handgun in his right hand. The man approached the bank teller booth directing the bank tellers to give them cash money and to lie on the ground. The man then stated, *"I want all the money now, get into the vault,"* and demanded that the branch manager of the victim bank to open the vault. The man stole approximately $31,261.00 in USC during this robbery and then departed the bank traveling on foot south in the shopping center before getting into a vehicle. This bank robbery will hereinafter be referred to as "Robbery 5."

 

*FIGURES 9 & 10: Robbery 5*

17. I have reviewed the bank's exterior surveillance footage from the time of Robbery 5, which shows a black BMW sedan with no visible license plate driving in the parking lot in view of the southern camera on the south side of the First Financial Credit Union. Based on my review of this surveillance footage, the vehicle's rims appear to match those of GULIFORD's black BMW.



*FIGURE 11: Surveillance Exterior Camera Photo of BMW*

18. A witness customer observed the robber in the parking lot and described the robber as a black male with a stocky build, approximately 6'2" tall, wearing a grey hoodie, and dark colored pants. Also, the witness described the vehicle as a dark colored BMW sedan with no visible license plate.

E. **Similarities Between the Five Robberies**

19. During Robbery 1, the robber was wearing a black hoodie with the hood pulled up, as well as a black face mask, black pants, black shoes, black gloves, and was brandishing a black pistol in his right hand. The robber's face was not visible, and witnesses were not able to consistently describe his race.

9

20. During Robbery 2, the robber was wearing a black hoodie with the hood pulled up. The robber was wearing a black face mask, gray pants, black shoes, black gloves, and was brandishing a black pistol in his right hand. The robber's face was not visible, and witnesses were not able to consistently describe his race.

21. During Robbery 3, the robber was wearing a black hoodie with the hood pulled up. The robber was wearing a black face mask, black pants, black shoes, black gloves, and was brandishing a black pistol in his right hand. The robber's face was not visible, however one witness described him as a black male and another as having lighter skin.

22. During Robbery 4, the robber was wearing almost the exact clothing as he was during Robbery 3. The following is similar: the black hoodie, the black pants, the black shoes, the black gloves, the black face mask. The robber was brandishing a black pistol in his right hand. The robber's upper face was visible to witnesses who stated they believed the robber was a black male.

23. During Robbery 5, the robber was wearing a gray hoodie with the hood pulled up. The robber was wearing a black face mask, black pants, black shoes, black gloves, and was brandishing a black pistol in his right hand. The robber's face was not visible in the surveillance footage, but the bank victims identified him as a black male.

24. In all cases, the robber was described as being approximately between 5'8" to 6'2" tall. In each robbery, the robber was wearing a black or gray hoodie with the hood pulled up, dark colored or gray pants, black shoes, black gloves, black face mask, and was brandishing a black handgun in his right hand.

25. According to GULIFORD's NM Driver's License information, he was reported to be a black male, 5'11" in height, and weighing 183 pounds. Some witnesses described the robber as being black, while others could not tell the race of the perpetrator or described him as having

lighter skin. Based on my training and experience, and conversations with other experienced law enforcement officers, I understand that it is not uncommon for victims of violent crimes to describe a perpetrator inconsistently or incorrectly, given the stress and speed of the situation, particularly when a perpetrator has taken steps to hide his identity as here. Thus, while there are some inconsistencies with some of the witness accounts and GULIFORD's identifying characteristics, I understand that such inconsistencies are not uncommon.

26. Based on the above information, the similarity in clothing and appearance of the robber during the robberies as shown on the surveillance footage, the similarity in the methods of operation during the robberies, GULIFORD's fingerprints being present at Robbery 1 and a similar black BMW observed at Robbery 2, Robbery 4, and Robbery 5, and through my training and experience, I believe that the above-described robberies (Robbery 1 through Robbery 5) were all committed by GULIFORD.

### F. Federal Jurisdiction

27. Each victim bank from Robberies 1-5 are federally insured through Federal Deposit Insurance Corporation (FDIC) or National Credit Union Administration (NCUA). Since each victim bank is federally insured, there is federal jurisdiction.

### G. GULIFORD's Current Residence

28. On June 6, 2025, a Carfax report and car maintenance billing statements for the black BMW bearing NM license plate BNAD55 stated the customer was GULIFORD and listed his address as 6321 Flor Del Sol Place NW, Albuquerque, NM 87120, and his phone number as (505) 507-9729.

29. On June 23, 2025, New Mexico Gas Company provided the customer and statement information for the residence located at 6321 Flor Del Sol Place NW; Albuquerque,

NM 87120, which revealed that GULIFORD was the account holder at the above address from January 2024 to June 2025.

30. On June 11, 2025, T-Mobile provided customer information regarding phone number (505) 507-9729, which revealed that the T-Mobile customer registered to phone number (505) 507-9729 was Daniel GULIFORD, with a social security number that matches GULIFORD's and date of birth that matches GULIFORD's driver license.

31. On June 25, 2025, GULIFORD was observed as the driver in the above-described BMW bearing NM license plate BNAD55, exiting the garage of the house located at 6321 Flor Del Sol Place NW, Albuquerque, NM 87120, and driving to a gym.

## CONCLUSION

32. Based on the foregoing information, there is probable cause to believe GULIFORD committed violation of 18 U.S.C. § 2113 - Bank Robbery.

33. Based upon the information contained in the above affidavit, I believe probable cause has been established to arrest GULIFORD for the above indicated violations.

34. AUSA Maria Stiteler reviewed and approved this criminal complaint.

I swear the above information is true and correct to the best of my knowledge and belief.

*Angelica Arvizu*
Angelica Arvizu
Special Agent
Federal Bureau of Investigation

12

Electronically subscribed and telephonically sworn to before me this 29th day of July, 2025.

_____
JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE